**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GALAN, MICHAEL ALBERT | § | Case No. 12-16301 |
| GALAN, DELLA ANN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/21/2012 . The undersigned trustee was appointed on 04/21/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 43,600.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 17,217.47 |
| Bank service fees | | 277.77 |
| Other payments to creditors | | 9,071.97 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 17,032.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/17/2014 and the deadline for filing governmental claims was 12/17/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,065.71 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,110.00 , for a total compensation of $ 5,110.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2015 By:/s/GINA B. KROL
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-16301 DRC Judge: Donald R. Cassling
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN
For Period Ending: 09/29/15

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/21/12 (f)
341(a) Meeting Date: 07/17/12
Claims Bar Date: 12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 229,800.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5. GUN | 50.00 | 0.00 | | 0.00 | FA |
| 6. 401(K) | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. 1989 Chevy Pick Up | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 1979 Pontiac Firebird | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. trailer | 100.00 | 0.00 | | 0.00 | FA |
| 10. PERSONAL INJURY (u) | 0.00 | 32,028.03 | | 43,600.00 | FA |
| TOTALS (Excluding Unknown Values) | $236,450.00 | $32,028.03 | | $43,600.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Cases have been settled and authorized by Bankruptcy Court. Trustee is waiting for proceeds.
October 16, 2014, 01:17 pm
Trustee reopened case to administer originally undisclosed personal injury case.
October 01, 2014, 01:49 pm

Initial Projected Date of Final Report (TFR): 12/31/15 Current Projected Date of Final Report (TFR): 12/31/15

/s/ GINA B. KROL

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-16301 DRC Judge: Donald R. Cassling
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/21/12 (f)
341(a) Meeting Date: 07/17/12
Claims Bar Date: 12/17/14

____________________ Date: 09/29/15

GINA B. KROL

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16301 -DRC
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN
Taxpayer ID No: *******5802
For Period Ending: 09/29/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7665 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/14 | 10 | Geico General Insurance Co.<br>One Geico Center<br>Macon, GA 31296 | Settlement | 1242-000 | 5,000.00 | | 5,000.00 |
| 10/28/14 | 10 | Geico General Insurance Co.<br>One Geico Center<br>Macon, GA 31296 | Settlement | 1242-000 | 22,500.00 | | 27,500.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 27,490.00 |
| 11/10/14 | 10 | Geico General Insurance Co.<br>One Geico Center<br>Macon, GA 31296 | | 1242-000 | 14,200.00 | | 41,690.00 |
| 11/10/14 | 10 | Geico General Insurance Co.<br>One Geico Center<br>Macon, GA 31296 | Settlement | 1242-000 | 1,900.00 | | 43,590.00 |
| 11/10/14 | 030001 | Scott Norris<br>Burnes & Libman<br>2 N. LaSalle Street<br>Suite 600<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3210-000 | | 13,702.74 | 29,887.26 |
| 11/10/14 | 030002 | Scott Norris<br>Burnes & Libman<br>2 N. LaSalle Street<br>Suite 600<br>Chicago, IL 60602 | Attorney's Expenes per Court Order | 3220-000 | | 3,504.89 | 26,382.37 |
| 11/10/14 | 030003 | Condell Medical Center | Medical Lien | 4220-000 | | 9,055.37 | 17,327.00 |
| 11/10/14 | 030004 | Chicago Surgical Center | Medical Lien | 4220-000 | | 16.60 | 17,310.40 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 17,269.50 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.00 | 17,242.50 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,216.84 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street | | 2300-000 | | 9.84 | 17,207.00 |

FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-16301 -DRC
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN
Taxpayer ID No: *******5802
For Period Ending: 09/29/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7665 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.13 | 17,183.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.55 | 17,158.32 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.69 | 17,133.63 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 17,108.16 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 17,083.55 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.40 | 17,058.15 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.36 | 17,032.79 |

Account *******7665

| Count | Item | Amount |
|---|---|---|
| | Balance Forward | 0.00 |
| 4 | Deposits | 43,600.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 43,600.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 43,600.00 |

| Count | Item | Amount |
|---|---|---|
| 5 | Checks | 26,289.44 |
| 11 | Adjustments Out | 277.77 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 26,567.21 |

# FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-16301 -DRC
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN
Taxpayer ID No: *******5802
For Period Ending: 09/29/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7665 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 09/29/15

GINA B. KROL

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Date: September 29, 2015

Case Number: 12-16301

Debtor Name: GALAN, MICHAEL ALBERT

Priority Sequence

Joint Debtor: GALAN, DELLA ANN

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,110.00 | $5,110.00 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Administrative | | $260.00 | $260.00 | $260.00 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,487.50 | $3,487.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $34.14 | $34.14 |
| 006<br>070<br>7100-90 | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $860.64 | $860.64 |
| 000001<br>070<br>7100-90 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of TARGET STORES -<br>RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured<br>Target | | $0.00 | $376.82 | $376.82 |
| 000002<br>070<br>7100-90 | Atlas Acquisitions LLC (Providian -<br>Providian Na)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>Providian | | $0.00 | $1,729.92 | $1,729.92 |
| 000003<br>070<br>7100-90 | Atlas Acquisitions LLC (Sears - Sears)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>Sears | | $0.00 | $3,337.74 | $3,337.74 |
| 000004<br>070<br>7100-90 | LVNV Funding, LLC its successors<br>and<br>assigns as<br>assignee of IDT Carmel, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured<br>US Bank | | $0.00 | $258.21 | $258.21 |
| 000005<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Springleaf Financial Services, Inc.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>Springleaf | | $0.00 | $1,990.95 | $1,990.95 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Date: September 29, 2015

Case Number: 12-16301

Priority Sequence

Debtor Name: GALAN, MICHAEL ALBERT

Joint Debtor: GALAN, DELLA ANN

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $9.84 | $9.84 |
| | Case Totals: | | | $260.00 | $17,455.76 | $17,455.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-16301
Case Name: GALAN, MICHAEL ALBERT
GALAN, DELLA ANN
Trustee Name: GINA B. KROL

Balance on hand $ 17,032.79

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,110.00 | $ 0.00 | $ 5,110.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,487.50 | $ 0.00 | $ 3,487.50 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Adams Levine Surety Bond Agency | $ 9.84 | $ 9.84 | $ 0.00 |
| Other: Cohen & Krol | $ 34.14 | $ 0.00 | $ 34.14 |

Total to be paid for chapter 7 administrative expenses $ 8,891.64

Remaining Balance $ 8,141.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,554.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $ 376.82 | $ 0.00 | $ 358.62 |
| 000002 | Atlas Acquisitions LLC (Providian - Providian Na) 294 Union St. Hackensack, NJ 07601 | $ 1,729.92 | $ 0.00 | $ 1,646.37 |
| 000003 | Atlas Acquisitions LLC (Sears - Sears) 294 Union St. Hackensack, NJ 07601 | $ 3,337.74 | $ 0.00 | $ 3,176.54 |
| 000004 | LVNV Funding, LLC its successors and assigns as assignee of IDT Carmel, Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 258.21 | $ 0.00 | $ 245.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD, LLC its successors and assigns as assignee of Springleaf Financial Services, Inc. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,990.95 | $ 0.00 | $ 1,894.80 |
| 006 | Capital One Bank PO Box 71083 Charlotte, NC 28272-1083 | $ 860.64 | $ 0.00 | $ 819.08 |

Total to be paid to timely general unsecured creditors $ 8,141.15

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE