# UNITED STATES BANKRUPTCY COURT
## NORTHERN  **DISTRICT OF**  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GALAN, MICHAEL ALBERT | § | Case No. 12-16301 DRC |
| GALAN, DELLA ANN | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/13/2015 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2015            By: JEFFREY P. ALLSTEADT
Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GALAN, MICHAEL ALBERT | § | Case No. 12-16301 DRC |
| GALAN, DELLA ANN | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 43,600.00 |
| and approved disbursements of | $ | 26,567.21 |
| leaving a balance on hand of[1] | $ | 17,032.79 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,110.00 | $ 0.00 | $ 5,110.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,487.50 | $ 0.00 | $ 3,487.50 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Adams Levine Surety Bond Agency | $ 9.84 | $ 9.84 | $ 0.00 |
| Other: Cohen & Krol | $ 34.14 | $ 0.00 | $ 34.14 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,891.64 |
| Remaining Balance | $ | 8,141.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,554.28  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  95.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $              376.82 | $              0.00 | $              358.62 |
| 000002 | Atlas Acquisitions LLC (Providian - Providian Na) 294 Union St. Hackensack, NJ 07601 | $            1,729.92 | $              0.00 | $            1,646.37 |
| 000003 | Atlas Acquisitions LLC (Sears - Sears) 294 Union St. Hackensack, NJ 07601 | $            3,337.74 | $              0.00 | $            3,176.54 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | LVNV Funding, LLC its successors and assigns as assignee of IDT Carmel, Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 258.21 | $ 0.00 | $ 245.74 |
| 000005 | PYOD, LLC its successors and assigns as assignee of Springleaf Financial Services, Inc. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,990.95 | $ 0.00 | $ 1,894.80 |
| 006 | Capital One Bank PO Box 71083 Charlotte, NC 28272-1083 | $ 860.64 | $ 0.00 | $ 819.08 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,141.15 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/GINA B. KROL

Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael Albert Galan
Della Ann Galan
          Debtors

Case No. 12-16301-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 3          Date Rcvd: Oct 21, 2015
                             Form ID: pdf006           Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
```
db          #+Michael Albert Galan,    17W180 Oakdale,    Bensenville, IL 60106-2837
jdb         #+Della Ann Galan,    17W180 Oakdale,    Bensenville, IL 60106-2837
aty          +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen,    Gohen & Krol,    105 W Madison Street,    Suite 1100,    Chicago, IL 60602-4600
18807741      Allied Waste Services,    5050 W Lake Ste,    Melrose Park, IL 60160
18807742     +Arnold Scott Harris Law,    222 Merchandise Mart Plaza Suite 1932,    Chicago, IL 60654-1420
18807743      Associated Pathology Consultants -Elmhurst SC,    PO Box 3680,    Peoria, IL 61612-3680
18807744      Associated Pathology Consultants -Elmhurst SC,    PO Box 3680,    Peoria, IL 61612-3680
18807745     +Associates in Digestive Diseases,    1200 S York Rd Suite 3250,    Elmhurst, IL 60126-5629
22404966     +Atlas Acquisitions LLC  (Providian - Providian Na),    294 Union St.,
              Hackensack, NJ 07601-4303
22404967     +Atlas Acquisitions LLC  (Sears - Sears),    294 Union St.,    Hackensack, NJ 07601-4303
18807749     +Blatt, Hasenmiller, Leibsker & Moore LLC,    125 S Wacker Drive Suite 400,
              Chicago, IL 60606-4440
22504429      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18807753     +Chase Bank,    340 S Cleveland Ave Bdg 370,    Westerville, OH 43081-8917
18807754     +Chase Home Mortgage,    PO Box 78116,    Phoenix, AZ 85062-8116
18807755     +Chicago Surgical Clinic,    201 E Strong St Suite 7,    Wheeling IL 60090-2979
18807758     +Complete Orthopaedic Care,    100 Village Green Dr,    Lincolnshire IL 60069-3095
18807759     +Complete Orthopaedic Care,    100 Village Green Drive Suite 120,    Lincolnshire IL 60069-3095
18807760     +Credit Management,    4200 International Pkwy,    Carrollton TX 75007-1912
18807761      EOS CCA,    PO Box 806,    Norwell MA 02061-0806
18807762     +Elk Grove Radiology SC,    75 Remittance Dr Suite 6500,    Chicago, IL 60675-6500
18807765      Elmhurst Emergency Med Services,    1165 Paysphere Cir,    Chicago, IL 60674-0011
18807766      Elmhurst Memorial Healthcare,    PO Box 4052,    Carol Stream, IL 60197-4052
18807779      Elmhurst Memorial Healthcare,    PO Box 92348,    Chicago, IL 60675-2348
18807782      Elmhurst Radiologist,    PO Box 1035,    Bedford Park, IL 60455-1035
18807783      Elmhurst Radiologists,    PO Box 1035,    Bedford Park, IL 60499-1035
18807790     +Elmhurst Radiologists SC,    PO Box 1035,    Bedford Park, IL 60499-1035
18807791     +Encore Receivable Management,    400 N Rogers Rd PO Box 3330,    Olathe KS 66063-3330
18807792     +Harris & Harris Ltd,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
18807793      Head and Neck Assoc SC,    800 Biesterfield Rd Brock Suite 3008,    Elk Grove, IL 60007-3371
18807794     +Hime & Kabot LTd Dymond Park Professional Offices,    1025 West Park Ave,
              Libertyville IL 60048-2550
18807796     +IHC Libertyville Emergency Physician LLC,    PO Box 3261,    Milwaukee WI 53201-3261
18807797     +Lake County Radiology Associates,    36104 Treasury Ctr,    Chicago, IL 60694-6100
18807803     +Lake Heart Specialists,    35 Tower Court Suite F,    Gurnee, IL 60031-5712
18807805     +MEA Elk Grove LLC,    PO Box 366,    HInsdale, IL 60522-0366
18807806     +Mannheim Veterinary Hospital,    2740 Mannheim Rd,    Franklin Prk, IL 60131-2220
18807807     +Merchants Credit Guide Co,    223 Jackson Blvd #400,    Chicago, IL 60606-6974
18807808     +Merchants Credit Guide Co,    223 W Jackson Blvd #400,    Chicago, IL 60606-6974
18807809     +Midwest Groundcovers LLC,    PO Box 748,    St Charles IL 60174-0748
18807831      NCC,    245 Main S,    Dickenson, PA 18519
18807829     +NCC,    245 Main Street,    Dideoncity PA 18519-1641
18807832     +Nationwide Credit Corp,    PO Box 9156,    Alexandria VA 22304-0156
18807833     +Northland Group Inc,    PO Box 390846,    Minneapolis MN 55439-0846
18807835     +Olympic Chiropractic & Physical Therapy,    533 S York Rd Ste D,    Elmhurst, IL 60126-3951
18807840      Quest Diagnostics,    PO Box 7306,    Hollister MO 65673-7306
18807841     #RJM Acquisitions LLC,    575 Underhill Blvd Suite 224,    Syossett, NY 11791-3416
18807843      Receivables Management,    PO Box 666,    Lansing IL 60438-0666
18807846     +The Chaet Kaplan Baim Firm,    30 N. La Salle Street Suite 1520,    Chicago, IL 60602-3387
18807847      Thomas Sullivan MD,    PO Box 3575,    Oak Brook, IL 60522-3575
18807850     +Triburon Financial LLC,    PO Box 10050,    Fayetteville AR 72703-0036
18807851     +Van Ru Credit Corp,    PO Box 208,    Park Ridge, IL 60068-0208
18807852     +Village of Westchester,    Photo Enforcement Program,    Dept 0125 PO Box 5905,
              Carol Stream, IL 60197-5905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18807737      E-mail/Text: bkrpt@retrievalmasters.com Oct 22 2015 01:41:08     AMCA,    PO Box 1235,
              Elmsford NY 10523-0935
22398277      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2015 02:03:27
              American InfoSource LP as agent for,    RJM Acquisitions, LLC,
              as assignee of TARGET STORES - RETAILERS,    PO Box 268850,    Oklahoma City, OK  73126-8850
18807748     +E-mail/Text: sofie.skalicky@atipt.com Oct 22 2015 01:40:33      Athletic & Therapeutic Inst,
              790 Remington Bvd,    Bolingbrook, IL 60440-4909
18807746     +E-mail/Text: sofie.skalicky@atipt.com Oct 22 2015 01:40:33      Athletic & Therapeutic Inst,
              790 Remington Blvd,    Bolingbrook, IL 60440-4909
18922917     +E-mail/Text: bnc@atlasacq.com Oct 22 2015 01:39:59      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
18807751     +E-mail/Text: cms-bk@cms-collect.com Oct 22 2015 01:40:35      Capital Management Services,
              726 Exchange St Suite 700,    Buffalo, NY 14210-1464
18807752     +E-mail/Text: contact@csicollects.com Oct 22 2015 01:43:36      Certified Services Inc,
              PO Box 177,    Waukegan IL 60079-0177
```

```
District/off: 0752-1          User: esullivan         Page 2 of 3          Date Rcvd: Oct 21, 2015
                             Form ID: pdf006          Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18807764      +E-mail/Text: ecar@emhc.org Oct 22 2015 01:41:00    Elmhurst Clinic,  172 Schiller St,
               Elmhurst, IL 60126-2885
18807781       E-mail/Text: RDEVRIE@EMHC.ORG Oct 22 2015 01:43:30    Elmhurst Memorial Hospital,
               75 Remittance Drive Suite 6383,  Chicago, IL 60675-6383
18807780      +E-mail/Text: RDEVRIE@EMHC.ORG Oct 22 2015 01:43:30    Elmhurst Memorial Hospital,
               200 Berteau,  Elmhurst, IL 60126-2989
18807795      +E-mail/Text: bankruptcy@icsystem.com Oct 22 2015 01:42:31    IC Systems Inc,  PO Box 64378,
               St Paul MN 55164-0378
22405327       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2015 01:37:38
               LVNV Funding, LLC its successors and assigns as,  assignee of IDT Carmel, Inc,
               Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
18807810      +E-mail/Text: mmrgbk@miramedrg.com Oct 22 2015 01:41:34    MiraMed Revenue Group,
               991 Oak Creek Dr,  Lombard, IL 60148-6408
18807811       E-mail/Text: mmrgbk@miramedrg.com Oct 22 2015 01:41:34    MiraMed Revenue Group,
               Dept 77304 PO Box 77000,  Detroit MI 48277-0304
18807812       E-mail/Text: mmrgbk@miramedrg.com Oct 22 2015 01:41:34    MiraMed Revenue Group,
               Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807839       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2015 01:37:33
               Portfolio Recovery Associates,  PO Box 12914,  Norfolk VA 23541
22405344      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2015 01:37:20
               PYOD, LLC its successors and assigns as assignee,  of Springleaf Financial Services, Inc.,
               Resurgent Capital Services,  PO Box 19008,  Greenville, SC 29602-9008
18807837       E-mail/Text: mmrgbk@miramedrg.com Oct 22 2015 01:41:34    Pellettier & Assoc,
               991 Oak Creek Drive,  Lombard, IL 60148-6408
18807842      +E-mail/Text: bkrpt@retrievalmasters.com Oct 22 2015 01:41:08    RMCB,  PO Box 1234,
               Elmsford, NY 10523-0934
18807845       E-mail/Text: clientservices@sourcerm.com Oct 22 2015 01:42:51    Source Receivables Management,
               PO Box 4068,  Greensboro NC 27404-4068
18807848      +E-mail/Text: bankruptcydepartment@tsico.com Oct 22 2015 01:43:24
               Transworld Systems Collection Agency,  1375 E Woodfield Rd #110,  Schaumburg, IL 60173-5423
18807849      +E-mail/Text: bankruptcydepartment@tsico.com Oct 22 2015 01:43:24    Transworld Systems Inc,
               9525 Sweet Valley Drive,  Valley View, OH 44125-4237
                                                                                TOTAL: 22


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18807739*     +Advocate Condell Medical,  810 E Park Ste 132,  Libertyville, IL 60048-2981
18807747*     +Athletic & Therapeutic Inst,  790 Remington Blvd,  Bolingbrook, IL 60440-4909
18807756*      Chicago Surgical Clinic,  201 E Strong St Suite 7,  Wheeling IL 60090-2979
18807757*     +Chicago Surgical Clinic,  201 E Strong St Suite 7,  Wheeling, IL 60090-2979
18807763*     +Elk Grove Radiology SC,  75 Remittance Drive Suite 6500,  Chicago, IL 60675-6500
18807767*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807768*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807769*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807770*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807771*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807772*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807773*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807774*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807775*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807776*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807777*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807778*      Elmhurst Memorial Healthcare,  PO Box 4052,  Carol Stream, IL 60197-4052
18807784*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807785*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807786*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807787*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807788*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807789*      Elmhurst Radiologists,  PO Box 1035,  Bedford Park, IL 60499-1035
18807798*     +Lake County Radiology Associates,  36104 Treasury Ctr,  Chicago, IL 60694-6100
18807799*     +Lake County Radiology Associates,  36104 Treasury Ctr,  Chicago, IL 60694-6100
18807800*     +Lake County Radiology Associates,  36104 Treasury Ctr,  Chicago, IL 60694-6100
18807801*     +Lake County Radiology Associates,  36104 Treasury Ctr,  Chicago, IL 60694-6100
18807802*      Lake County Radiology Associates,  36104 Treasury Ctr,  Chicago, IL 60694-6100
18807804*     +Lake Heart Specialists,  35 Tower Court Suite F,  Gurnee IL 60031-5712
18807813*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807814*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807815*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807816*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807817*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807818*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807819*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807820*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807821*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807822*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807823*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807824*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807825*      MiraMed Revenue Group,  Dept 77304 PO Box 77304,  Detroit MI 48277-0304
18807826*      Miramed Revenue Group,  991 Oak Creek Dr,  Lombard, IL 60148-6408
```

```
District/off: 0752-1          User: esullivan          Page 3 of 3          Date Rcvd: Oct 21, 2015
                             Form ID: pdf006           Total Noticed: 74


            ***** BYPASSED RECIPIENTS (continued) *****
18807827*       Miramed Revenue Group,   Dept 77304 PO Box 77000,   Detroit MI 48277-0304
18807828*       Miramed Revenue Group,   Dept 77304 PO Box 77000,   Detroit MI 48277-0304
18807830*      +NCC,   245 Main Street,   Dideoncity PA 18519-1641
18807836*      +Olympic Chiropractic & Physical Therapy,   533 S York Rd Ste D,   Elmhurst, IL 60126-3951
18807854*      +Virtuoso Sourcing Group,   PO Box 5818,   Denver CO 80217-5818
18807738     ##+Advocate Condell Medical,   810 E Park Ste 132,   Libertyville, IL 60048-2981
18807740     ##+Advocate Condell Medical Ctr,   810 E Park Ste 132,   Libertyville, IL 60048-2981
18807750     ##+CPS Security,   PO Box 33698,   San Antonio TX 78265-3698
18807834     ##+OAC,   PO Box 371100,   Milwaukee WI 53237-2200
18807838      ##Pentagroup Financial LLC,   PO Box 742209,   Houston TX 77274-2209
18807844     ##+Revenue Cycle Solutions,   PO Box 361230,   Birmingham AL 35236-1230
18807853     ##+Virtuoso Sourcing Group,   PO Box 5818,   Denver CO 80217-5818
                                                                        TOTALS: 0, * 48, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
          Christopher M Brown    on behalf of Creditor    JPMorgan Chase Bank National Association
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Joseph C. Michelotti    on behalf of Joint Debtor Della Ann Galan joe@michelottilaw.com,
           i.got.ecfnotices@gmail.com
          Joseph C. Michelotti    on behalf of Debtor Michael Albert Galan joe@michelottilaw.com,
           i.got.ecfnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                            TOTAL: 7
```