# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                 §

                       §

GALAN, MICHAEL ALBERT     §     Case No. 12-16301 DRC

GALAN, DELLA ANN         §

                       §

         Debtors         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 199,800.00             Assets Exempt: 36,650.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  17,213.12      Claims Discharged
                                             Without Payment:  122,112.25

Total Expenses of Administration:  26,386.88

     3) Total gross receipts of $ 43,600.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 43,600.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 229,800.00 | $ 9,071.97 | $ 9,071.97 | $ 9,071.97 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,386.88 | 26,386.88 | 26,386.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,325.94 | 8,554.28 | 8,554.28 | 8,141.15 |
| **TOTAL DISBURSEMENTS** | $ 352,125.94 | $ 44,013.13 | $ 44,013.13 | $ 43,600.00 |

4) This case was originally filed under chapter 7 on  04/21/2012 .  The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/15/2016                    By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 43,600.00 |
| TOTAL GROSS RECEIPTS | | $43,600.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage PO Box 78116 Phoenix, AZ 85062 | | 229,800.00 | NA | NA | 0.00 |
| | CHICAGO SURGICAL CENTER | 4220-000 | NA | 16.60 | 16.60 | 16.60 |
| | CONDELL MEDICAL CENTER | 4220-000 | NA | 9,055.37 | 9,055.37 | 9,055.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 229,800.00 | $ 9,071.97 | $ 9,071.97 | $ 9,071.97 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 5,110.00 | 5,110.00 | 5,110.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 9.84 | 9.84 | 9.84 |
| ASSOCIATED BANK | 2600-000 | NA | 277.77 | 277.77 | 277.77 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| COHEN & KROL | 3110-000 | NA | 2,325.00 | 2,325.00 | 2,325.00 |
| GINA B. KROL | 3110-000 | NA | 1,162.50 | 1,162.50 | 1,162.50 |
| COHEN & KROL | 3120-000 | NA | 34.14 | 34.14 | 34.14 |
| SCOTT NORRIS | 3210-000 | NA | 13,702.74 | 13,702.74 | 13,702.74 |
| SCOTT NORRIS | 3220-000 | NA | 3,504.89 | 3,504.89 | 3,504.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 26,386.88 | $ 26,386.88 | $ 26,386.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMCA PO Box 1235 Elmsford NY 10523-0935 | | 30.00 | NA | NA | 0.00 |
| | Advocate Condell Medical 810 E Park Ste 132 Libertyville, IL 60048 | | 935.75 | NA | NA | 0.00 |
| | Advocate Condell Medical 810 E Park Ste 132 Libertyville, IL 60048 | | 19,738.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Condell Medical Ctr 810 E Park Ste 132 Libertyville, IL 60048 | | 19,738.00 | NA | NA | 0.00 |
| | Allied Waste Services 5050 W Lake Ste Melrose Park, IL 60160 | | 462.05 | NA | NA | 0.00 |
| | Arnold Scott Harris Law 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60654 | | 212.10 | NA | NA | 0.00 |
| | Associated Pathology Consultants -Elmhurst SC PO Box 3680 Peoria, IL 61612-3680 | | 86.00 | NA | NA | 0.00 |
| | Associated Pathology Consultants -Elmhurt SC PO Box 3680 Peoria IL 61612-3680 | | 27.00 | NA | NA | 0.00 |
| | Associates in Digestive Diseases 1200 S York Rd Suite 3250 Elmhurst, IL 60126 | | 66.00 | NA | NA | 0.00 |
| | Athletic & Therapeutic Inst 790 Remington Blvd Bolingbrook, IL 60440 | | 280.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletic & Therapeutic Inst 790 Remington Blvd Bolingbrook, IL 60440 | | 280.40 | NA | NA | 0.00 |
| | Athletic & Therapeutic Inst 790 Remington Bvd Bolingbrook, IL 60440 | | 8,480.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moore LLC 125 S Wacker Drive Suite 400 Chicago, IL 60606 | | 1,576.44 | NA | NA | 0.00 |
| | CPS Security PO Box 33698 San Antonio TX 78265 | | 535.65 | NA | NA | 0.00 |
| | Capital Management Services 726 Exchange St Suite 700 Buffalo, NY 14210 | | 3,251.09 | NA | NA | 0.00 |
| | Certified Services Inc PO Box 177 Waukegan IL 60079 | | 575.00 | NA | NA | 0.00 |
| | Chase Bank 340 S Cleveland Ave Bdg 370 Westerville, OH 43081 | | 466.70 | NA | NA | 0.00 |
| | Chicago Surgical Clinic 201 E Strong St Suite 7 Wheeling IL | | 31.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Surgical Clinic 201 E Strong St Suite 7 Wheeling IL 60090-2979 | | 16.60 | NA | NA | 0.00 |
| | Chicago Surgical Clinic 201 E Strong St Suite 7 Wheeling, IL 60090 | | 10.80 | NA | NA | 0.00 |
| | Complete Orthopaedic Care 100 Village Green Dr Lincolnshire IL 60069 | | 169.60 | NA | NA | 0.00 |
| | Complete Orthopaedic Care 100 Village Green Drive Suite 120 Lincolnshire IL 60069 | | 2,307.00 | NA | NA | 0.00 |
| | Credit Management 4200 International Pkwy Carrollton TX 75007 | | 725.00 | NA | NA | 0.00 |
| | EOS CCA PO Box 806 Norwell MA 02061-0806 | | 98.77 | NA | NA | 0.00 |
| | Elk Grove Radiology SC 75 Remittance Dr Suite 6500 Chicago, IL 60675 | | 92.80 | NA | NA | 0.00 |
| | Elk Grove Radiology SC 75 Remittance Drive Suite 6500 Chicago, IL 60675 | | 88.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Clinic 172 Schiller St Elmhurst, IL 60126 | | 3,507.95 | NA | NA | 0.00 |
| | Elmhurst Emergency Med Services 1165 Paysphere Cir Chicago, IL 60674-0011 | | 48.40 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 844.61 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197-4052 | | 30.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare PO Box 92348 Chicago, IL 60675-2348 | | 251.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Memorial Hospital 200 Berteau Elmhurst, IL 60126 | | 44.10 | NA | NA | 0.00 |
| | Elmhurst Memorial Hospital 75 Remittance Drive Suite 6383 Chicago, IL 60675-6383 | | 194.85 | NA | NA | 0.00 |
| | Elmhurst Radiologist PO Box 1035 Bedford Park, IL 60455-1035 | | 16.00 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 4.80 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 21.00 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 4.40 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 4.80 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 16.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 16.00 | NA | NA | 0.00 |
| | Elmhurst Radiologists PO Box 1035 Bedford Park, IL 60499-1035 | | 3.00 | NA | NA | 0.00 |
| | Elmhurst Radiologists SC PO Box 1035 Bedford Park, IL 60499 | | 4.80 | NA | NA | 0.00 |
| | Encore Receivable Management 400 N Rogers Rd PO Box 3330 Olathe KS 66063 | | 258.21 | NA | NA | 0.00 |
| | Harris & Harris Ltd 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | 935.75 | NA | NA | 0.00 |
| | Head and Neck Assoc SC 800 Biesterfield Rd Brock Suite 3008 Elk Grove, IL 60007-3371 | | 4,040.00 | NA | NA | 0.00 |
| | Hime & Kabot LTd Dymond Park Professional Offices 1025 West Park Ave Libertyville IL 60048 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IC Systems Inc PO Box 64378 St Paul MN 55164 | | 2,299.02 | NA | NA | 0.00 |
| | IHC Libertyville Emergency Physician LLC PO Box 3261 Milwaukee WI 53201 | | 441.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694 | | 274.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694 | | 106.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694 | | 35.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694 | | 747.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694 | | 402.00 | NA | NA | 0.00 |
| | Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694-6100 | | 715.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Heart Specialists 35 Tower Court Suite F Gurnee IL 60031 | | 30.00 | NA | NA | 0.00 |
| | Lake Heart Specialists 35 Tower Court Suite F Gurnee, IL 60031 | | 30.00 | NA | NA | 0.00 |
| | MEA Elk Grove LLC PO Box 366 HInsdale, IL 60522 | | 385.00 | NA | NA | 0.00 |
| | Mannheim Veterinary Hospital 2740 Mannheim Rd Franklin Prk, IL 60131 | | 377.95 | NA | NA | 0.00 |
| | Merchants Credit Guide Co 223 Jackson Blvd #400 Chicago, IL 60606 | | 416.80 | NA | NA | 0.00 |
| | Merchants Credit Guide Co 223 W Jackson Blvd #400 Chicago, IL 60606 | | 920.00 | NA | NA | 0.00 |
| | Midwest Groundcovers LLC PO Box 748 St Charles IL 60174 | | 70.48 | NA | NA | 0.00 |
| | MiraMed Revenue Group 991 Oak Creek Dr Lombard, IL 60148 | | 2,092.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit MI 48277-0304 | | 3,323.44 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 214.85 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 2,413.90 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 289.85 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 2,032.05 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 2,092.95 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 2,413.90 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77304 Detroit MI 48277-0304 | | 142.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 1,672.52 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 179.51 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 419.17 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 449.17 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 3,482.93 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 1,402.68 | NA | NA | 0.00 |
| | MiraMed Revenue Group<br>Dept 77304 PO Box 77304<br>Detroit MI 48277-0304 | | 261.00 | NA | NA | 0.00 |
| | Miramed Revenue Group 991<br>Oak Creek Dr Lombard, IL<br>60148-6408 | | 200.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miramed Revenue Group Dept 77304 PO Box 77000 Detroit MI 48277-0304 | | 399.00 | NA | NA | 0.00 |
| | Miramed Revenue Group Dept 77304 PO Box 77000 Detroit MI 48277-0304 | | 200.11 | NA | NA | 0.00 |
| | NCC 245 Main S Dickenson, PA 18519 | | 332.00 | NA | NA | 0.00 |
| | NCC 245 Main Street Dideoncity PA 18519 | | 441.00 | NA | NA | 0.00 |
| | NCC 245 Main Street Dideoncity PA 18519 | | 634.00 | NA | NA | 0.00 |
| | Nationwide Credit Corp PO Box 9156 Alexandria VA 22304 | | 1,739.00 | NA | NA | 0.00 |
| | Northland Group Inc PO Box 390846 Minneapolis MN 55439 | | 860.64 | NA | NA | 0.00 |
| | OAC PO Box 371100 Milwaukee WI 53237 | | 2,279.00 | NA | NA | 0.00 |
| | Olympic Chiropractic & Physical Therapy 533 S York Rd Ste D Elmhurst, IL 60126 | | 484.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Olympic Chiropractic & Physical Therapy 533 S York Rd Ste D Elmhurst, IL 60126 | | 483.00 | NA | NA | 0.00 |
| | Pellettier & Assoc 991 Oak Creek Drive Lombard, IL 60148-6408 | | 369.00 | NA | NA | 0.00 |
| | Pentagroup Financial LLC PO Box 742209 Houston TX 77274-2209 | | 342.49 | NA | NA | 0.00 |
| | Portfolio Recovery Associates PO Box 12914 Norfolk VA 23541 | | 641.66 | NA | NA | 0.00 |
| | Quest Diagnostics PO Box 7306 Hollister MO 65673-7306 | | 18.00 | NA | NA | 0.00 |
| | RMCB PO Box 1234 Elmsford, NY 10523 | | 20.70 | NA | NA | 0.00 |
| | Revenue Cycle Solutions PO Box 361230 Birmingham AL 35236 | | 533.25 | NA | NA | 0.00 |
| | Source Receivables Management PO Box 4068 Greensboro NC 27404-4068 | | 1,716.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Chaet Kaplan Baim Firm 30 N. La Salle Street Suite 1520 Chicago, IL 60602 | | 4,001.93 | NA | NA | 0.00 |
| | Thomas Sullivan MD PO Box 3575 Oak Brook, IL 60522-3575 | | 107.80 | NA | NA | 0.00 |
| | Transworld Systems Collection Agency 1375 E Woodfield Rd #110 Schaumburg, IL 60173 | | 200.00 | NA | NA | 0.00 |
| | Transworld Systems Inc 9525 Sweet Valley Drive Valley View, OH 44125 | | 280.40 | NA | NA | 0.00 |
| | Triburon Financial LLC PO Box 10050 Fayetteville AR 72703 | | 92.29 | NA | NA | 0.00 |
| | Van Ru Credit Corp PO Box 208 Park Ridge, IL 60068 | | 2,858.00 | NA | NA | 0.00 |
| | Village of Westchester Photo Enforcement Program Dept 0125 PO Box 5905 Carol Stream, IL 60195-5905 | | 200.00 | NA | NA | 0.00 |
| | Virtuoso Sourcing Group PO Box 5818 Denver CO 80217 | | 634.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Virtuoso Sourcing Group PO Box 5818 Denver CO 80217 | | 441.00 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 376.82 | 376.82 | 376.82 | 358.62 |
| 000002 | ATLAS ACQUISITIONS LLC (PROVIDIAN - | 7100-900 | NA | 1,729.92 | 1,729.92 | 1,646.37 |
| 000003 | ATLAS ACQUISITIONS LLC (SEARS - SEA | 7100-900 | NA | 3,337.74 | 3,337.74 | 3,176.54 |
| 006 | CAPITAL ONE BANK | 7100-900 | 250.00 | 860.64 | 860.64 | 819.08 |
| 000004 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-900 | NA | 258.21 | 258.21 | 245.74 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 1,990.95 | 1,990.95 | 1,894.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 122,325.94** | **$ 8,554.28** | **$ 8,554.28** | **$ 8,141.15** |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 12-16301 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|

Case Name:   GALAN, MICHAEL ALBERT
              GALAN, DELLA ANN

For Period Ending: 02/15/16

Trustee Name:   GINA B. KROL
Date Filed (f) or Converted (c):   04/21/12 (f)
341(a) Meeting Date:   07/17/12
Claims Bar Date:   12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 229,800.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5. GUN | 50.00 | 0.00 | | 0.00 | FA |
| 6. 401(K) | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. 1989 Chevy Pick Up | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 1979 Pontiac Firebird | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. trailer | 100.00 | 0.00 | | 0.00 | FA |
| 10. PERSONAL INJURY (u) | 0.00 | 43,600.00 | | 43,600.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $236,450.00        $43,600.00                    $43,600.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

September 29, 2015, 04:02 pm

Cases have been settled and authorized by Bankruptcy Court. Trustee is waiting for proceeds.

October 16, 2014, 01:17 pm

Trustee reopened case to administer originally undisclosed personal injury case.

October 01, 2014, 01:49 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-16301   DRC   Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | GALAN, MICHAEL ALBERT | | Date Filed (f) or Converted (c): | 04/21/12 (f) |
| | GALAN, DELLA ANN | | 341(a) Meeting Date: | 07/17/12 |
| | | | Claims Bar Date: | 12/17/14 |

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL

_____ Date: 02/15/16

GINA B. KROL

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-16301 -DRC |
| Case Name: | GALAN, MICHAEL ALBERT |
| | GALAN, DELLA ANN |
| Taxpayer ID No: | *******5802 |
| For Period Ending: | 02/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7665  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/14 | 10 | Geico General Insurance Co. One Geico Center Macon, GA  31296 | Settlement | 1242-000 | 5,000.00 | | 5,000.00 |
| 10/28/14 | 10 | Geico General Insurance Co. One Geico Center Macon, GA  31296 | Settlement | 1242-000 | 22,500.00 | | 27,500.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 27,490.00 |
| 11/10/14 | 10 | Geico General Insurance Co. One Geico Center Macon, GA 31296 | | 1242-000 | 14,200.00 | | 41,690.00 |
| 11/10/14 | 10 | Geico General Insurance Co. One Geico Center Macon, GA  31296 | Settlement | 1242-000 | 1,900.00 | | 43,590.00 |
| 11/10/14 | 030001 | Scott Norris Burnes & Libman 2 N. LaSalle Street Suite 600 Chicago, IL 60602 | Attorney's Fees per Court Order | 3210-000 | | 13,702.74 | 29,887.26 |
| 11/10/14 | 030002 | Scott Norris Burnes & Libman 2 N. LaSalle Street Suite 600 Chicago, IL 60602 | Attorney's Expenes per Court Order | 3220-000 | | 3,504.89 | 26,382.37 |
| 11/10/14 | 030003 | Condell Medical Center | Medical Lien | 4220-000 | | 9,055.37 | 17,327.00 |
| 11/10/14 | 030004 | Chicago Surgical Center | Medical Lien | 4220-000 | | 16.60 | 17,310.40 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 17,269.50 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.00 | 17,242.50 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,216.84 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency 60 E. 42nd Street | | 2300-000 | | 9.84 | 17,207.00 |

FORM 2                                                                                    Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 12-16301  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | GALAN, MICHAEL ALBERT | Bank Name: | ASSOCIATED BANK |
|  | GALAN, DELLA ANN | Account Number / CD #: | *******7665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5802 |  |  |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|  |  | Room 965 |  |  |  |  |
|  |  | New York, NY  10165 |  |  |  |  |
| 03/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 23.13 | 17,183.87 |
| 04/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 25.55 | 17,158.32 |
| 05/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 24.69 | 17,133.63 |
| 06/05/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 25.47 | 17,108.16 |
| 07/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 24.61 | 17,083.55 |
| 08/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 25.40 | 17,058.15 |
| 09/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 25.36 | 17,032.79 |
| 11/13/15 | 030006 | Gina B. Krol | Final Distribution | 2100-000 |  | 5,110.00 | 11,922.79 |
|  |  | 105 W. Madison Street | Trustee's Fees |  |  |  |  |
|  |  | Suite 1100 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/13/15 | 030007 | Clerk of US Bankruptcy Court | Final Distribution | 2700-000 |  | 260.00 | 11,662.79 |
|  |  | 219 S. Dearborn Street | Reopening Fee |  |  |  |  |
|  |  | 7th Floor |  |  |  |  |  |
|  |  | Chicago, IL 60604 |  |  |  |  |  |
| 11/13/15 | 030008 | Cohen & Krol | Final Distribution | 3110-000 |  | 2,325.00 | 9,337.79 |
|  |  | 105 W. Madison St., Ste. 1100 | Attorneys' Fees |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/13/15 | 030009 | Cohen & Krol | Final Distribution | 3120-000 |  | 34.14 | 9,303.65 |
|  |  | 105 W. Madison St., Ste. 1100 | Attorneys' Expenses |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/13/15 | 030010 | Gina B. Krol | Final Distribution | 3110-000 |  | 1,162.50 | 8,141.15 |
|  |  | 105 W. Madison Street | Attorney's Fees |  |  |  |  |
|  |  | Suite 1100 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/13/15 | 030011 | Capital One Bank | Final Distribution | 7100-900 |  | 819.08 | 7,322.07 |
|  |  | PO Box 71083 |  |  |  |  |  |
|  |  | Charlotte, NC  28272-1083 |  |  |  |  |  |
| 11/13/15 | 030012 | American InfoSource LP as agent for | Final Distribution | 7100-900 |  | 358.62 | 6,963.45 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 12-16301  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | GALAN, MICHAEL ALBERT | Bank Name: | ASSOCIATED BANK |
| | GALAN, DELLA ANN | Account Number / CD #: | *******7665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5802 | | |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | RJM Acquisitions, LLC<br>as assignee of TARGET STORES - RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | | | | | |
| 11/13/15 | 030013 | Atlas Acquisitions LLC (Providian - Providian Na)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 1,646.37 | 5,317.08 |
| 11/13/15 | 030014 | Atlas Acquisitions LLC (Sears - Sears)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 3,176.54 | 2,140.54 |
| 11/13/15 | 030015 | LVNV Funding, LLC its successors and assigns as<br>assignee of IDT Carmel, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 245.74 | 1,894.80 |
| 11/13/15 | 030016 | PYOD, LLC its successors and assigns as<br>assignee<br>of Springleaf Financial Services, Inc.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 1,894.80 | 0.00 |

FORM 2                                                                                   Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 12-16301 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | GALAN, MICHAEL ALBERT | Bank Name: | ASSOCIATED BANK |
| | GALAN, DELLA ANN | Account Number / CD #: | *******7665  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5802 | | |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******7665 | | Balance Forward | | 0.00 | | | |
| | 4 | Deposits | | 43,600.00 | 16 | Checks | 43,322.23 |
| | 0 | Interest Postings | | 0.00 | 11 | Adjustments Out | 277.77 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 43,600.00 | | | |
| | | | | | | Total | $ 43,600.00 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 0 | Transfers In | | 0.00 | | | |
| | | Total | $ | 43,600.00 | | | |

Trustee's Signature: _____/s/_____GINA B. KROL_____  Date: 02/15/16

                     GINA B. KROL